# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MORRIS T. LEWIS, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CIVIL NO. 08-cv-123-DRH ) |
| B.A. BLEDSOE, | ) ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

Petitioner is currently an inmate at the United States Penitentiary in Marion, Illinois. He is currently serving time on two separate bank robbery convictions. He filed this action pursuant to 28 U.S.C. § 2241, arguing that the Bureau of Prisons "has erroneously mis-calculated the starting date" of his federal sentence. Essentially, he argues that his federal sentence began to run in June of 1990, rather than June of 1993.

**IT IS HEREBY ORDERED** that Respondent shall, within twenty-three (23) days of receipt of this application for Writ of Habeas Corpus, answer and show cause why the writ should not issue. Service upon the United States Attorney for the Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois, shall constitute sufficient service.

**IT IS FURTHER ORDERED** that pursuant to Local Rule 72.1(a)(2), this cause is referred to a United States Magistrate Judge for further pre-trial proceedings.

**IT IS FURTHER ORDERED** that this entire matter be referred to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

**IT IS SO ORDERED.**

**DATED: June 11, 2008.**

/s/ DavidRHerndon
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**