## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MORRIS T. LEWIS,**

**Petitioner,**

**v.**

**LISA J. W. HOLLINGSWORTH,**

**Respondent.**                                                          **No. 08-CV-123-DRH**

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Report and Recommendation from United States Magistrate Clifford J. Proud.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on October 19, 2010, the petition is **DISMISSED** and this case is **DISMISSED** with prejudice.----------------------------------------------------------------------------

                                            **NANCY J. ROSENSTENGEL,**
                                            **CLERK OF COURT**

                                  **BY:**       **/s/*Sandy Pannier***
                                                 **Deputy Clerk**

Dated: October 20, 2010

                                David R. Herndon
                                2010.10.20 11:38:03
APPROVED:                    -05'00'
               CHIEF JUDGE
               U. S. DISTRICT COURT